UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JAN 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, | No. 25-89 |
| Petitioner, | Agency No. EPA–HQ–OAR–2022–0332 Environmental Protection Agency |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ORDER |
| Respondent, | |
| -------------------------------------- | |
| STATE OF CALIFORNIA; et al., | |
| Intervenors. | |

The motion (Docket Entry No. 5) to intervene is granted.

The opening brief is due March 27, 2025. The answering brief is due April 28, 2025. The intervenors' brief is due May 28, 2025. The optional reply brief is due within 21 days after service of the intervenors' brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT