UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, Petitioner, v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Respondent, ------------------------------------- ENVIRONMENTAL DEFENSE FUND; et al., Intervenors, and STATE OF CALIFORNIA; et al., Intervenors. | No. 25-89 Agency No. EPA–HQ–OAR–2022–0332 Environmental Protection Agency ORDER |

The motion (Docket Entry No. 19) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until June 16, 2025. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT