UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent,<br><br>------------------------------------<br><br>ENVIRONMENTAL DEFENSE FUND; et al.,<br><br>        Intervenors - Pending,<br><br>and<br><br>STATE OF CALIFORNIA; et al.,<br><br>        Intervenors. | No. 25-89<br><br>Agency No.<br>EPA–HQ–OAR–2022–0332<br>Environmental Protection Agency<br><br>ORDER |
| H.R. EWELL, INC.; et al.,<br><br>        Petitioners,<br><br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Respondent, | No. 25-1475<br><br>Agency No.<br>EPA–HQ–OAR–2022–0332<br>Environmental Protection Agency |

---

ENVIRONMENTAL DEFENSE FUND; et al.,

        Intervenors - Pending.

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and ENERGY MARKETERS OF AMERICA,

        Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

        Respondents,

---

ENVIRONMENTAL DEFENSE FUND; et al.,

        Intervenors - Pending.

No. 25-1480

Agency Nos.
EPA–HQ–OAR–2022–0332
EPA–HQ–OPPT–2018–0320
Environmental Protection Agency

The motion (Docket Entry No. 32) for an extension of time to file a response to the motion to dismiss is granted in part. Any response is due September 8, 2025.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT