UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent, <br><br> ---------------------------------------- <br><br> ENVIRONMENTAL DEFENSE FUND; et al., <br><br> Intervenors - Pending, <br><br> and <br><br> STATE OF CALIFORNIA; et al., <br><br> Intervenors. | No. 25-89 <br><br> Agency No. EPA–HQ–OAR–2022–0332 <br> Environmental Protection Agency <br><br> ORDER |
| H.R. EWELL, INC.; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | No. 25-1475 <br> Agency No. EPA–HQ–OAR–2022–0332 <br> Environmental Protection Agency |

Respondent,

----------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

Intervenors - Pending.

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and ENERGY MARKETERS OF AMERICA, | No. 25-1480<br>Agency Nos. EPA–HQ–OAR–2022–0332<br>EPA–HQ–OPPT–2018–0320<br>Environmental Protection Agency |

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and ENERGY MARKETERS OF AMERICA,

Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, United States Environmental Protection Agency,

Respondents,

----------------------------------------

ENVIRONMENTAL DEFENSE FUND; et al.,

Intervenors - Pending.

No. 25-1480
Agency Nos. EPA–HQ–OAR–2022–0332
EPA–HQ–OPPT–2018–0320
Environmental Protection Agency

The motion (Docket Entry No. 43) to extend the deadlines to file a reply in support of the motion to dismiss, responses to the cross-motion for abeyance, and a reply in support of the cross-motion for abeyance is granted. The reply in support of the motion to dismiss and the responses to the cross-motion for abeyance are

due October 3, 2025. The reply in support of the cross-motion for abeyance is due

October 17, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT